DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRYSTAL MARIE WASHBURN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-1813

[April 2, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Dan Vaughn, Judge; L.T. Case No. 312021CF001153B.

Antony P. Ryan, Regional Counsel, and Paul O'Neil and Louis G. Carres, Assistant Regional Counsels, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Melynda L. Melear, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***